IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREG HARMON, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 1:11-cv-00351-ODE |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| UCB PHARMA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____  ) | |

## VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, by and through undersigned counsel, and dismisses his claims against UCB PHARMA, INC.

Respectfully submitted this 27th day of May, 2011.

                                                                    s/Amanda A. Farahany
                                                                    Amanda A. Farahany
                                                                    Georgia Bar No. 646135

BARRETT & FARAHANY, LLP
1401 Peachtree Street
Suite 101
Atlanta, GA 30309
(404) 214-0120

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GREG HARMON, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | 1:11-cv-00351-ODE |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| UCB PHARMA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the Voluntary Dismissal with the Clerk of Court using the CM/ECF system and there are no attorneys of record.

This 27th day of May, 2011.

                                                                                            s/Amanda A. Farahany\_\_\_
                                                                                            Amanda A. Farahany
                                                                                            Georgia Bar No. 646135

BARRETT & FARAHANY, LLP
1401 Peachtree Street
Suite 101
Atlanta, GA 30309